JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

NOV - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ANNIE DO, and, ) <br> JINGHI OU, ) <br> ) <br>    Defendants. ) <br> ) | No. CR 08-00705 JF <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> SAN JOSE VENUE |

    On October 30, 2008, the undersigned parties appeared before the Court for an initial appearance. At that appearance, the defendants, through their attorney, Stephen Naratil, entered a not guilty plea to the charges contained in the indictment. The parties then requested that the case be scheduled for a status hearing before Judge Fogel on December 3, 2008 at 9:00 a.m. The government also requested an exclusion of time under the Speedy Trial Act from October 30, 2008 to December 3, 2008. The defendant, through Mr. Naratil, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
CR 08-00705 JF                              1

| | |
|---|---|
| 1  SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | United States Attorney |
| 3  DATED: 10/31/08 | _____/s/_____ |
| 4 | SUSAN KNIGHT |
|  | Assistant United States Attorney |
| 5  DATED: | _____/s/_____ |
| 6 | STEPHEN P. NARATIL |
|  | Counsel for Ms. Do and Mr. Ou |

9   Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10  under the Speedy Trial Act from October 30, 2008 to December 3, 2008. The Court finds, based
11  on the aforementioned reasons, that the ends of justice served by granting the requested
12  continuance outweigh the best interest of the public and the defendant in a speedy trial. The
13  failure to grant the requested continuance would deny defense counsel reasonable time necessary
14  for effective preparation, taking into account the exercise of due diligence, and would result in a
15  miscarriage of justice. The Court therefore concludes that this exclusion of time should be made
16  under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17  SO ORDERED.

19  DATED: 11/3/08

HOWARD R. LLOYD
United States Magistrate Judge