1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,           )  No. CR 08-00705 JF
                                         )
14 |     Plaintiff,                      )  STIPULATION AND [PROPOSED]
                                         )  ORDER CONTINUING HEARING DATE
15 |     v.                              )  AND EXCLUDING TIME UNDER THE
                                         )  SPEEDY TRIAL ACT
16 | ANNIE DO and,                       )
     JINGHUI OU,                         )
17 |                                     )  SAN JOSE VENUE
         Defendant.                      )
18                                       )
                                         )
19

20     The undersigned parties respectfully request that the status hearing currently scheduled
21 for February 4, 2009 be continued to March 4, 2009. The reason for the continuance is that
22 defense counsel Stephen Naratil will be unavailable due to a trial in state court. In addition, the
23 government is in the process of obtaining additional discovery to provide to Mr. Naratil. The
24 parties also jointly request an exclusion of time under the Speedy Trial Act from February 4,
25 2009 to March 4, 2009. The parties agree and stipulate that an exclusion of time is
26 appropriate based on the defendant's need for effective preparation and continuity of counsel.
27 //
28 //

STIPULATION AND [PROPOSED] ORDER
CR 08-00705JF                                      1

1  SO STIPULATED:                     JOSEPH P. RUSSONIELLO
                                      United States Attorney
2
   DATED: 2/2/09                              /s/
3                                     SUSAN KNIGHT
                                      Assistant United States Attorney
4

5  DATED: 2/2/09                              /s/
                                      STEPHEN p. NARATIL
6                                     Counsel for Ms. Do and Mr. Ou

7

8      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status appearance

9  scheduled for February 4, 2009 is continued to March 4, 2009 at 9:00 a.m.

10     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from

11 February 4, 2009 to March 4, 2009.  The Court finds, based on the aforementioned reasons, that

12 the ends of justice served by granting the requested continuance outweigh the best interest of the

13 public and the defendant in a speedy trial.  The failure to grant the requested continuance would

14 deny defense counsel reasonable time necessary for effective preparation, taking into account the

15 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

16 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and

17 (B)(iv).

18 SO ORDERED.

19

20 DATED: 2/3/09                       *[signature]*
                                      JEREMY FOGEL
21                                    United States District Judge

Stipulation and [proposed] order
CR 08-00705JF                            2