1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,       )   No. CR 08-00705 JF
   |                                 )
14 |        Plaintiff,               )   STIPULATION AND [PROPOSED]
   |                                 )   ORDER CONTINUING STATUS
15 |     v.                          )   HEARING AND EXCLUDING TIME
   |                                 )   UNDER THE SPEEDY TRIAL ACT
16 | ANNIE DO, and,                  )
   | JINGHI OU,                     )
17 |                                 )   SAN JOSE VENUE
   |        Defendants.              )
18 |                                 )
   |_____ )
19

20    The undersigned parties respectfully request that the status hearing in the above-captioned
21 case scheduled for April 1, 2009 be continued to May 6, 2009.  The reason for the continuance is
22 for undersigned government counsel to finalize a loss amount with the owners of the trademarks
23 that are the basis of the instant case and to negotiate a disposition with defense counsel.  The
24 parties also request an exclusion of time under the Speedy Trial Act from April 1, 2009 to
25 May 6, 2009.  The parties agree and stipulate that an exclusion of time is appropriate based on
26 the defendant's need for effective preparation of counsel.
27 //
28 //

STIPULATION AND [PROPOSED] ORDER
CR 08-00705 JF                                   1

1  SO STIPULATED:                     JOSEPH P. RUSSONIELLO
                                      United States Attorney
2

3  DATED: 3/30/09                     _____/s/_____
                                      SUSAN KNIGHT
4                                     Assistant United States Attorney

5
   DATED: 3/30/09                     _____/s/_____
6                                     STEPHEN P. NARATIL
                                      Counsel for Ms. Do and Mr. Ou
7

8

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing

10 currently scheduled for April 1, 2009 is continued to May 6, 2009 at 9:00 a.m.

11     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from April

12 1, 2009 to May 6, 2009.  The Court finds, based on the aforementioned reasons, that the ends of

13 justice served by granting the requested continuance outweigh the best interest of the public and

14 the defendant in a speedy trial.  The failure to grant the requested continuance would deny

15 defense counsel reasonable time necessary for effective preparation, taking into account the

16 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

17 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and

18 (B)(iv).

19 SO ORDERED.

20

21 DATED: 3/31/09                     _____
                                      JEREMY FOGEL
22                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 08-00705 JF                                 2