JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ANNIE DO, and,<br>JINGHI OU,<br>    Defendants. | No. CR 08-00705 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>HEARING AND EXCLUDING TIME<br>UNDER THE SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

    The undersigned parties respectfully request that the status hearing in the above-captioned case scheduled for May 6, 2009 be continued to June 10, 2009.  The reason for the continuance is to afford the parties additional time to complete their investigations and possibly resolve the loss amount in the case.  As the Court is aware, the defendants' have been charged with conspiracy to traffic in counterfeit goods, and the parties are working diligently to agree on a loss amount in order to resolve the case.  The parties also request an exclusion of time under the Speedy Trial Act from May 6, 2009 to June 10, 2009.  The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1  SO STIPULATED:                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
2

3  DATED: 5/6/09                          _____/s/_____
                                          SUSAN KNIGHT
4                                         Assistant United States Attorney

5
   DATED: 5/6/09                          _____/s/_____
6                                         STEPHEN P. NARATIL
                                          Counsel for Ms. Do and Mr. Ou
7

8

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing

10 currently scheduled for May 6, 2009 is continued to June 10, 2009 at 9:00 a.m.

11     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from May

12 6, 2009 to June 10, 2009.  The Court finds, based on the aforementioned reasons, that the ends of

13 justice served by granting the requested continuance outweigh the best interest of the public and

14 the defendant in a speedy trial.  The failure to grant the requested continuance would deny

15 defense counsel reasonable time necessary for effective preparation, taking into account the

16 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

17 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

18 (B)(iv).

19 SO ORDERED.

20

21 DATED: 5/5/09                           _____
                                          JEREMY FOGEL
22                                        United States District Judge

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 08-00705 JF                              2