1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR 08-00705 JF
                                    )
14         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING STATUS
15         v.                        )   HEARING AND EXCLUDING TIME
                                    )   UNDER THE SPEEDY TRIAL ACT
16 ANNIE DO, and,                   )
   JINGHI OU,                       )
17                                  )
           Defendants.              )   SAN JOSE VENUE
18                                  )
                                    )
19 _____)

20     The undersigned parties respectfully request that the status hearing in the above-captioned

21 case scheduled for June 10, 2009 be continued to July 29, 2009.  The reason for the continuance

22 is that Assistant United States Attorney Susan Knight will be out of town on family-related

23 business.  In addition, defense counsel Stephen Naratil is unavailable from July 15, 2009 to July

24 28, 2009.  The parties are continuing to work towards an agreement on the loss amount, which is

25 the main issue in the case.  The parties also request an exclusion of time under the Speedy Trial

26 Act from June 10, 2009 to July 29, 2009.  The parties agree and stipulate that an exclusion of

27 time is appropriate based on the defendant's need for continuity and effective preparation of

28 counsel.

1  SO STIPULATED:                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
2

3  DATED: 6/3/09                              _____/s/_____
                                              SUSAN KNIGHT
4                                             Assistant United States Attorney

5
   DATED:                                     _____/s/_____
6                                             STEPHEN P. NARATIL
                                              Counsel for Ms. Do and Mr. Ou
7

8

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing

10 currently scheduled for June 10, 2009 is continued to July 29, 2009 at 9:00 a.m.

11     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June

12 10, 2009 to July 29, 2009.  The Court finds, based on the aforementioned reasons, that the ends

13 of justice served by granting the requested continuance outweigh the best interest of the public

14 and the defendant in a speedy trial.  The failure to grant the requested continuance would deny

15 defense counsel reasonable time necessary for effective preparation, taking into account the

16 exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore

17 concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and

18 (B)(iv).

19 SO ORDERED.

20

21 DATED: 6/5/09                               _____
                                              JEREMY FOGEL
22                                            United States District Judge