| | |
|---|---|
| 1 | STEPHEN P. NARATIL |
| 2 | California Bar No.: 174825 |
|   | Law Offices of Stephen P. Naratil |
| 3 | 601 1st Street, Suite 250B |
|   | Benicia, California  94510 |
| 4 | Telephone (707) 747-6666 |
|   | Facsimile (707) 747-6610 |
| 5 | |
| 6 | Attorney for Defendant |
|   | ANNIE DO and JINGHUI OU |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR-08-00705-JF |
|---|---|---|
| | ) | |
| | ) | **STIPULATION OF PARTIES TO** |
| | ) | **CONTINUE SENTENCING** |
| | ) | **HEARING AND** ~~**PROPOSED**~~ |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | San Jose Venue |
| | ) | |
| ANNIE DO and, | ) | |
| JINGHUI OU | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

     The undersigned parties respectfully request that the sentencing hearing now set on January 6, 2010 at 9:00 a.m. be continued until February 24, 2010.  The reason for the continuance is because defense counsel, Stephen P. Naratil, will be unavailable due to trial in state court.

     With the agreement of the parties, and with consent of the defendants Annie Do and Jinghui Ou, the Court enters this order (1) vacating the sentencing hearing for the defendants, now set for January 6, 2010 at 9:00 a.m.; and (2) setting a new sentencing hearing for the defendants for February 24, 2010 at 9:00 a.m.

SO STIPULATED

Respectfully submitted,

Dated:   December 29, 2009                    By:/s/Stephen P. Naratil
                                              STEPHEN P. NARATIL
                                              Attorney for Defendant,
                                              Annie Do & Jinghui Ou

Dated:   December 29, 2009                    By:/s/ Susan Knight
                                              Susan Knight
                                              Assistant U.S. Attorney

Accordingly, for good cause shown, the Court HEREBY ORDERS that the Sentencing Hearing scheduled for January 6, 2010 is continued to February 24, 2010 at 9:00 a.m.

**IT IS SO ORDERED:**

Dated:  1/4/10

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT