1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5056
7     FAX: (408) 535-5066
      Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 08-00705 JF
                                       )
14         Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                       )    ORDER CONTINUING SENTENCING
15         v.                          )    HEARING
                                       )
16  ANNIE DO, and,                     )
    JINGHUI OU,                        )
17                                     )    SAN JOSE VENUE
           Defendants.                 )
18  _____  )

19

20     The undersigned parties respectfully request that the sentencing hearing in the above-

21  captioned case scheduled for February 24, 2010 be continued to April 1, 2010.  The reason for

22  the continuance is that Stephen Naratil will be unavailable due to a trial in state court.  The

23  parties have consulted Probation Officer Karen Mar, and she has no objection to the continuance.

24
   SO STIPULATED:                      JOSEPH P. RUSSONIELLO
25                                      United States Attorney

26
   DATED: 2/17/10                      _____/s/_____
27                                      SUSAN KNIGHT
                                        Assistant United States Attorney
28

DATED: 2/17/10                                    _____/s/_____
                                                  STEPHEN P. NARATIL
                                                  Counsel for Ms. Do and Mr. Ou


     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

hearing in United States v. Annie Do and Jinghui Ou currently scheduled for February 24, 2010

is continued to April 1, 2010 at 9:00 a.m.

SO ORDERED.


DATED:____2/22/10____                             _____
                                                  JEREMY FOGEL
                                                  United States District Judge