1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        ) No. CR 08-00705 JF
                                     )
14 |         Plaintiff,               ) STIPULATION AND [PROPOSED]
                                     ) ORDER CONTINUING SENTENCING
15 |      v.                          ) HEARING
                                     )
16 | ANNIE DO, and,                   )
   | JINGHUI OU,                     )
17 |                                  ) SAN JOSE VENUE
   |         Defendants.              )
18 |_____)

19

20     The undersigned parties respectfully request that the sentencing hearing in the above-

21 captioned case scheduled for April 1, 2010 be continued to May 20, 2010.  The reason for

22 the continuance is that the parties are investigating issues relevant to sentencing.  The

23 parties have consulted Probation Officer Karen Mar, and she has no objection to the continuance.

24
   SO STIPULATED:                     JOSEPH P. RUSSONIELLO
25                                    United States Attorney

26
   DATED: 3/25/10                     _____/s/_____
27                                    SUSAN KNIGHT
                                      Assistant United States Attorney
28

| | |
|---|---|
| 1 | |
| 2 | DATED: 3/25/10           /s/ |
| 3 |                      STEPHEN P. NARATIL<br>                     Counsel for Ms. Do and Mr. Ou |

     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Annie Do and Jinghui Ou</u> currently scheduled for April 1, 2010 is continued to May 20, 2010 at 9:00 a.m.

SO ORDERED.

DATED: 3/29/10              /s/ Jeremy Fogel
                              JEREMY FOGEL
                              United States District Judge