```
1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2
    MIRANDA KANE (CSBN 150630)
3   Chief, Criminal Division

4   SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
    Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00705 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | HEARING |
| ) | |
| ANNIE DO, and, ) | SAN JOSE VENUE |
| JINGHUI OU, ) | |
| ) | |
| Defendants. ) | |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for May 19, 2011 be continued to June 23, 2011. The parties recently learned about the Court's unavailability in mid-May, and informed Probation Officer Karen Mar. She has no objection to the new sentencing date.

SO STIPULATED:                      MELINDA HAAG
                                    United States Attorney


DATED: 5/2/11                       _____/s/_____
                                    SUSAN KNIGHT
                                    Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 08-00705 JF                              1

1  DATED: 5/2/11                              /s/
                                        STEPHEN P. NARATIL
2                                       Counsel for Ms. Do and Mr. Ou

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Annie Do and Jinghui Ou</u> currently scheduled for May 19, 2011 is continued to June 23, 2011.

SO ORDERED.

DATED: 5/4/11                           _____
                                        JEREMY FOGEL
                                        United States District Judge