| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612) |
| | United States Attorney |
| 2 | |
| | MIRANDA KANE (CSBN 150630) |
| 3 | Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013) |
| | Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900 |
| | San Jose, California 95113 |
| | Telephone: (408) 535-5056 |
| 7 | FAX: (408) 535-5066 |
| | Susan.Knight@usdoj.gov |
| 8 | |
| | Attorneys for Plaintiff |

FILED
DEC 0 5 2011
RICHARD W. ...
CLERK ...

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-00705 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | HEARING |
| | ) | |
| ANNIE DO, and, | ) | |
| JINGHUI OU, | ) | SAN JOSE VENUE |
| | ) | |
| Defendants. | ) | |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for December 6, 2011 be continued to January 26, 2012. The reason for the continuance is that defense counsel Stephen Naratil needs to additional time to evaluate the government's sentencing recommendation and file a response. Probation Officer Karen Mar has been informed about the new date and has no objection.

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 12/1/11                    _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 08-00705 DLJ                            1

DATED: 12/1/11

                           /s/
                      STEPHEN P. NARATIL
                      Counsel for Ms. Do and Mr. Ou

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Annie Do and Jinghui Qu</u> currently scheduled for December 6, 2011 is continued to January 26, 2011.

SO ORDERED.

DATED: 12-5-11

                      D. LOWELL JENSEN
                      United States District Judge