MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00705 DLJ |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING DUE TO THE DEFENDANTS' RETAINING NEW COUNSEL |
| v. | |
| ANNIE DO, and, JINGHUI OU, | |
| Defendants. | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for January 26, 2012 be continued to March 22, 2012.  The reason for the continuance is that the defendants' have retained new counsel, Rabin Nabizadeh, and he needs additional time to review the case and file sentencing recommendations.  Probation Officer Karen Mar has been informed about the new date and has no objection.

SO STIPULATED:                MELINDA HAAG
                                   United States Attorney

DATED: 1/3/12                   _____/s/_____
                                   SUSAN KNIGHT
                                   Assistant United States Attorney

DATED: 1/3/12                            _____/s/_____
                                         RABIN NABIZADEH
                                         Counsel for Ms. Do and Mr. Ou

### **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing in <u>United States v. Annie Do and Jinghui Ou</u> currently scheduled for January 26, 2012 is continued to March 22, 2012 at 10:00AM.

SO ORDERED.

DATED:_January 6, 2012              _____
                                    D. LOWELL JENSEN
                                    United States District Judge