Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Annie Do and Jinghui Ou

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0705 DLJ |
| Plaintiff, | ) | **STIPULATION AND []** |
| vs. | ) | **ORDER SETTING SURRENDER DATE** |
| JINGHUI OU and ANNIE DO | ) | |
| Defendants | ) | |

The parties stipulate, and request that the court Order, the following:

1. Mr. Jinghui Ou and codefendant Annie Do, both accused in the above case, were sentenced on June 14, 2012, at 10:00 AM.

2. At the time of sentencing, the Court asked both defendants to submit a surrender date to accommodate various personal issues.

STIPULATION AND ORDER SETTING SURRENDER DATE. - 1

1   3. The parties have conferred and ask the Court to Order the following:

2   Defendant Annie Do is to surrender to the United States Marshall or a facility

3   designated by the Bureau of Prisons on September 26, 2012;

4   Defendant Jinghui Ou is to surrender to the United States Marshall or a

5   facility designated by the Bureau of Prisons on November 26, 2012.

6   Respectfully submitted,

7

8

9   Dated: August 15, 2012    By:_____/s/_____
                                PETER A. LEEMING,
10                              Attorney for

11
                                  /s/ Susan Knight
12                              Assistant U.S. Attorney

13

14  IT IS SO ORDERED.

15  DATED:_____         _____
                                   HON. D. Lowell Jensen
16                                 United States District Court Judge

STIPULATION AND ORDER SETTING SURRENDER DATE. - 2