Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Annie Do

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )   No. CR 08-0705 DLJ |
| | ) |
| Plaintiff, | )  **STIPULATION AND []** |
| | )  **ORDER PERMITTING TRAVEL TO** |
| vs. | )  **CHINA** |
| | ) |
| ANNIE DO | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

The parties stipulate, and request that the court Order, the following:

1.      Ms. Annie Do was sentenced to one year and one day by this Court on June 14, 2012.  Ms. Do was released from custody on August 9, 2013, and is now under the supervision of U. S. Probation.  Ms. Do has fully complied with all the conditions of her supervised release.

2.      Ms. Do is a native of China and is suffering from cancer.  Ms. Do has family in China and believes her treatment can best be managed in China, where she can be assisted by family members.  Ms. Do is therefore requesting an Order permitting her to travel to China on March 19, 2014, returning to the United States on June 23, 2014 for necessary medical treatment. Travel specifics will be provided to U. S. Probation.

3.      Ms. Do surrendered her passport as a condition of her release when this matter began.  Ms. Do will need her passport returned to her in order that she may travel.

Therefore, the parties respectfully request that the Court issue an Order permitting Ms. Do to travel to China for the reasons stated herein.

Respectfully submitted,


Dated: March 12, 2014      By:_____/s/_____
                            PETER A. LEEMING,
                            Attorney for Annie Do


                             _/s/ Susan Knight_
                            Assistant U.S. Attorney

STIPULATION AND  ORDER [TRAVEL TO CHINA]. – 2

1

2

3                    **IN THE UNITED STATES DISTRICT COURT**

4                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5

6

7

UNITED STATES OF AMERICA,        )    No. CR 08-0705 DLJ
8                                 )
                Plaintiff,        )    **[] ORDER**
9                                 )    **PERMITTING TRAVEL TO CHINA**
         vs.                      )
10                                )
ANNIE DO, et al                   )
11                                )
                Defendants        )
12                                )
                                  )
13                                )
                                  )
14 _____)

15

16       GOOD CAUSE APPEARING, it is hereby Ordered that:

17       1.      Ms. Annie Do may be permitted to travel to China from March 19, 2014 to

18 June 23, 2014 for medical treatment.  Ms. Do is directed to provide specific travel plans to

19 the United States Probation Department, including airline flight information and the location

20 where she will be staying while in China.

21       2.      Ms. Do's passport is to be returned to her in order to permit international

22 travel.

23       IT IS SO ORDERED

24       DATED:___**3/18/14**_____     _____

25                                         HON. D. Lowell Jensen
                                           United States District Court Judge

STIPULATION AND  ORDER [TRAVEL TO CHINA]. - 3